IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 17-11176-TPA |
| | : | |
| Nathaniel James Stanger, | : | Chapter 13 |
| Debtor, | : | |
| | : | Related to Docket No: 113 |
| Nathaniel James Stanger, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **May 21, 2021** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

### You should take this to your lawyer at once.

A hearing will be held **June 23, 2021 at 10:00 am** before Judge Thomas P. Agresti, via the ZOOM Video Conference Application. To access the hearing, please use the following Zoom Meeting link: **https://www.zoomgov.com/j/16021303488**, or alternatively, to attend and use the following **Meeting ID: 160 2130 3488**.

For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Neer, at 814-464-9781. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Amended Notice of Temporary Modification of Appearance Procedures, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Courtney Neer to make telephonic arrangements.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

## CERTIFICATE OF SERVICE

    I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Debtor's Motion to Dismiss Chapter 13 Case and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **May 4, 2021**

By: /s/ Kathryn Schwartz
Kathryn Schwartz, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

```
Label Matrix for local noticing         1                                      Aarons Inc
0315-1                                  U.S. Bankruptcy Court                  2800 Canton Road
Case 17-11176-TPA                       U.S. Courthouse, Room B160             Suite 900
WESTERN DISTRICT OF PENNSYLVANIA        17 South Park Row                      Marietta GA 30066-5477
Erie                                    Erie, PA 16501-1169
Tue May  4 12:31:28 EDT 2021

Ally Financial                          Ally Financial                         (p)BANK OF AMERICA
Attn: Bankruptcy                        PO Box 130424                          PO BOX 982238
Po Box 380901                           Roseville MN 55113-0004                EL PASO TX 79998-2238
Bloomington, MN 55438-0901


Bank of America, N.A.                   Cbe Group                              (p)JPMORGAN CHASE BANK N A
P O Box 982284                          Attn: Bankruptcy Department            BANKRUPTCY MAIL INTAKE TEAM
El Paso, TX 79998-2284                  Po Box 900                             700 KANSAS LANE FLOOR 01
                                        Waterloo, IA 50704-0900                MONROE LA 71203-4774


Comenity Bank                           (p)DIRECTV LLC                         Discover Bank
PO Box 182025                           ATTN BANKRUPTCIES                      Discover Products Inc.
Columbus, OH 43218-2025                 PO BOX 6550                            PO Box 3025
                                        GREENWOOD VILLAGE CO 80155-6550        New Albany, OH 43054-3025


Discover Financial                      First National Bank Of Pa              Loan Max
Po Box 3025                             1 Fnb Boulevard                        5191 Youngstown Warren Road
New Albany, OH 43054-3025               Hermitage, PA 16148-3363               Niles OH 44446-4906


Midland Funding                         Midland Funding LLC                    Office of the United States Trustee
PO Box 2011                             Attn: Bankruptcy                       Liberty Center.
Warren, MI 48090-2011                   Po Box 939069                          1001 Liberty Avenue, Suite 970
                                        San Diego, CA 92193-9069               Pittsburgh, PA 15222-3721


Pennymac Loan Services                  Pennymac Loan Services, LLC            Pennymac Loan Services, LLC
Attn: Bankruptcy                        P.O. Box 2010                          PO Box 514387
Po Box 514357                           Moorpark CA 93020                      Los Angeles CA 90051-4387
Los Angeles, CA 90051


(p)PORTFOLIO RECOVERY ASSOCIATES LLC    UPMC Health Services                   UPMC Physician Services
PO BOX 41067                            PO Box 1123                            PO Box 1123
NORFOLK VA 23541-1067                   Minneapolis MN 55440-1123              Minneapolis MN 55440-1123


US Department of Education              Us Department Of Education             Us Department of Education
PO BOX 16448                            Great Lakes Higher Education           Ecmc / Bankruptcy
St. Paul, MN 55116-0448                 Attn: Bankruptcy                       Po Box 16408
                                        2401 International Lane                St Paul, MN 55116-0408
                                        Madison, WI 53704-3192


Wells Fargo Dealer Services             Daniel P. Foster                       Nathaniel James Stanger
Attn: Bankruptcy                        Foster Law Offices                     112 Plum Street
Po Box 19657                            1210 Park Avenue                       Greenville, PA 16125-1857
Irvine, CA 92623-9657                   Meadville, PA 16335-3110
```

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
Po Box 982238
El Paso, TX 79998

Chase Mortgage
3415 Vision Drive
Columbus, OH 43219

DirecTV LLC
Attn: Bankruptcies
PO Box 6550
Englewood, CO 80155

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PENNYMAC LOAN SERVICES, LLC

End of Label Matrix
Mailable recipients    30
Bypassed recipients     1
Total                  31