IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 17-11176-TPA |
| | : | |
| Nathaniel James Stanger, | : | Chapter 13 |
| Debtor, | : | |
| | : | Related to Docket No: 113 |
| Nathaniel James Stanger, | : | |
| Movant, | : | Hearing Date & Time: |
| | : | June 23, 2021 at 10:00 A.M. |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the Debtor's Motion to Dismiss Chapter 13 Case, filed on May 4, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than May 21, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: May 25, 2021

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
dan@mrdebtbuster.com
Attorney for Debtors

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: May 25, 2021

By: /s/ Kristen N. Dennis
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 17-11176-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Tue May 25 14:22:20 EDT 2021 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | Aarons Inc<br>2800 Canton Road<br>Suite 900<br>Marietta GA 30066-5477 | Ally Financial<br>Attn: Bankruptcy<br>Po Box 380901<br>Bloomington, MN 55438-0901 |
| Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Cbe Group<br>Attn: Bankruptcy Department<br>Po Box 900<br>Waterloo, IA 50704-0900 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Comenity Bank<br>PO Box 182025<br>Columbus, OH 43218-2025 |
| (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 | Discover Bank<br>Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Financial<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| First National Bank Of Pa<br>1 Fnb Boulevard<br>Hermitage, PA 16148-3363 | Loan Max<br>5191 Youngstown Warren Road<br>Niles OH 44446-4906 | Midland Funding<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Midland Funding LLC<br>Attn: Bankruptcy<br>Po Box 939069<br>San Diego, CA 92193-9069 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Pennymac Loan Services<br>Attn: Bankruptcy<br>Po Box 514357<br>Los Angeles, CA 90051 |
| Pennymac Loan Services, LLC<br>P.O. Box 2010<br>Moorpark CA 93020 | Pennymac Loan Services, LLC<br>PO Box 514387<br>Los Angeles CA 90051-4387 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| UPMC Health Services<br>PO Box 1123<br>Minneapolis MN 55440-1123 | UPMC Physician Services<br>PO Box 1123<br>Minneapolis MN 55440-1123 | US Department of Education<br>PO BOX 16448<br>St. Paul, MN 55116-0448 |
| Us Department Of Education<br>Great Lakes Higher Education<br>Attn: Bankruptcy<br>2401 International Lane<br>Madison, WI 53704-3192 | Us Department of Education<br>Ecmc / Bankruptcy<br>Po Box 16408<br>St Paul, MN 55116-0408 | Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>Po Box 19657<br>Irvine, CA 92623-9657 |

Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335-3110

Nathaniel James Stanger
112 Plum Street
Greenville, PA 16125-1857

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
Po Box 982238
El Paso, TX 79998

Chase Mortgage
3415 Vision Drive
Columbus, OH 43219

DirecTV LLC
Attn: Bankruptcies
PO Box 6550
Englewood, CO 80155

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PENNYMAC LOAN SERVICES, LLC

End of Label Matrix
Mailable recipients    32
Bypassed recipients     1
Total                  33