**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>NATHANIEL JAMES STANGER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:17-11176 TPA<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 11/03/2017 and confirmed on 03/22/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 33,739.46 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 33,739.46 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,491.13 | |
|   Trustee Fee | 1,789.44 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,280.57 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 23,775.09 | 0.00 | 23,775.09 |
|     Acct: 2961 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2961 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 15,578.71 | 0.00 | 0.00 | 0.00 |
|     Acct: 2961 | | | | |
|   ALLY FINANCIAL(*) | 5,738.20 | 3,916.64 | 767.16 | 4,683.80 |
|     Acct: 2679 | | | | |
| | | | | 28,458.89 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NATHANIEL JAMES STANGER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,500.00 | 3,491.13 | 0.00 | 0.00 |
|     Acct: | | | | |

| 17-11176 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
| BANK OF AMERICA NA** | 5,737.71 | 0.00 | 0.00 | 0.00 |
| Acct: 5151 | | | | |
| CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0104 | | | | |
| DISCOVER BANK(*) | 5,621.98 | 0.00 | 0.00 | 0.00 |
| Acct: 7266 | | | | |
| MIDLAND FUNDING LLC | 1,032.29 | 0.00 | 0.00 | 0.00 |
| Acct: 9156 | | | | |
| US DEPARTMENT OF EDUCATION | 35,539.79 | 0.00 | 0.00 | 0.00 |
| Acct: 1505 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8651 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8647 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8654 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8641 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8628 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8520 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8512 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 6,324.17 | 0.00 | 0.00 | 0.00 |
| Acct: 4710 | | | | |
| UPMC HEALTH SERVICES | 1,003.45 | 0.00 | 0.00 | 0.00 |
| Acct: 1505 | | | | |
| UPMC PHYSICIAN SERVICES | 596.17 | 0.00 | 0.00 | 0.00 |
| Acct: 1505 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |

TOTAL PAID TO CREDITORS                                                                                     28,458.89

TOTAL CLAIMED
PRIORITY                     0.00
SECURED                21,316.91
UNSECURED            55.855.56

Date: 06/30/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com